IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JAMES KEE,

    Petitioner,               No. 2:93-cv-1312 LKK GGH P

  vs.

TERESA ROCHA, et al.,

    Respondents.          ORDER

_____/

      This petition for writ of habeas corpus was denied on March 31, 1995 and judgment entered accordingly. Petitioner's filings, entitled motion for an order for a copy of the entire file and motion for appointment of counsel, filed on June 6, 2013, do not appear to be contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, these documents will be placed in the file and disregarded.

      IT IS SO ORDERED.

DATED: June 17, 2013

                            /s/ Gregory G. Hollows
                      UNITED STATES MAGISTRATE JUDGE

GGH:mp
kee1312.158